# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

CURT PARRISH,

                            Plaintiff,        CIVIL NO.: 10-CV-4568 PAM/AJB

v.

PINNACLE FINANCIAL GROUP, INC.,        **ORDER FOR DISMISSAL**

                            Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 2, filed by Plaintiff on December 8, 2010, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

                                                **BY THE COURT:**

Dated: December 8, 2010         s/Paul A. Magnuson
                                             Honorable Paul A. Magnuson Judge
                                             of United States District Court